**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| PATRICIA DURRELL, | : | |
| Plaintiff, | : | Case No. 3:06CV239 |
| vs. | : | District Judge Thomas M. Rose<br>Magistrate Judge Sharon L. Ovington |
| MICHAEL J. ASTRUE,<br>Commissioner of the Social<br>Security Administration, | :<br><br>: | |
| Defendant. | : | |

# ORDER

The Court has reviewed *de novo* the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #10), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby adopts said Report and Recommendations.  It is therefore **ORDERED** that:

 1. The Report and Recommendations filed on February 22, 2008 (Doc. #10) is ADOPTED;

 2. No finding is made as to whether Plaintiff Patricia Durrell is under a "disability " within the meaning of the Social Security Act.

 3. This case is remanded to the Commissioner and the Administrative Law Judge under Sentence Four of 42 U.S.C. §405(g) for further consideration consistent with this Order; and

   4.  The case is terminated on the docket of this Court.

March 12, 2008                   **s/THOMAS M. ROSE**

                            Thomas M. Rose
                         United States District Judge