# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| PATRICIA DURRELL, | : | |
| Plaintiff, | : | Case No. 3:06CV239 |
| vs. | : | District Judge Thomas M. Rose |
| | | Magistrate Judge Sharon L. Ovington |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | : | |
| | : | |
| Defendant. | : | |

## DECISION AND ENTRY

This case is before the Court upon Plaintiff's Motion for Attorney Fees under the Equal Access to Justice Act (the EAJA), 28 U.S.C. §2412(d) (Doc. #13).  The Commissioner has not filed a Memorandum in Opposition or otherwise opposed Plaintiff's Motion.  Plaintiff seeks an award of attorney fees and costs under the EAJA in the total amount of $2,880.50 for 17.50 hours of attorney work at an hourly rate of $164.60.

In the absence of opposition by the Commissioner, Plaintiff's Motion and supporting documents establish that she is entitled to an award of attorney fees and costs under the EAJA in the total amount she seeks.

Accordingly, the Court hereby **ORDERS** that:

1. Plaintiff's Motion for Attorney Fees under the Equal Access to Justice Act (Doc. #13) is **GRANTED**;

2. The Commissioner shall pay Plaintiff's attorney fees pursuant to the EAJA in the total amount of $2,880.50; and

3. The case remains terminated on the docket of this Court.

June 17, 2008  **THOMAS M. ROSE**

———————————————————
Thomas M. Rose
United States District Judge